# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Roberts et al. v. Beyond Meat, Inc.

Case Number: 1:22-cv-02861

An appearance is hereby filed by the undersigned as attorney for:
Rosemarie Ramirez and Christopher Bates, Plaintiffs

Attorney name (type or print): Joel D. Smith

Firm: Bursor & Fisher, P.A.

Street address: 1990 North California Blvd., Suite 940

City/State/Zip: Walnut Creek, CA 94596

Bar ID Number: 244902
(See item 3 in instructions)

Telephone Number: 925-300-4455

Email Address: jsmith@bursor.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/18/2022

Attorney signature: S/ Joel D. Smith
(Use electronic signature if the appearance form is filed electronically.)