**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Hon. Sara L. Ellis is presiding in MDL 3059 (23 CV 669, *In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation)*; therefore

It is hereby ordered that the Clerk is to reassign the cases below that fall within the scope of MDL 3059 to Judge Ellis and the designated Magistrate Judge Valdez as part of MDL 3059 (*In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation*) and related to Master Docket case 23 CV 669.

| **Case** | **Case Title** | **Judge** |
|---|---|---|
| 22−cv-02861 | Roberts et al v. Beyond Meat, Inc. | Virginia M. Kendall |
| 22−cv-06302 | Borovoy v. Beyond Meat, Inc. | Edmond E. Chang |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 3rd day of February, 2023